IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-00052-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN HENRY NEWSOME, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. Before 5:00 p.m. on October 27, 2016, the Government is DIRECTED to file a revised penalty sheet that complies with the undersigned's Judicial Preference Order 14-JP-1-F (E.D.N.C. Oct. 14, 2014).

SO ORDERED.

This, the _26_ day of October, 2016.

JAMES C. FOX
Senior United States District Judge