UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. John Henry Newsome            Docket No. 7:14-CR-52-1BO

### Petition for Action on Probation

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Henry Newsome, who upon an earlier plea of guilty to Driving While Impaired Aggravated Level One, in violation of NCGS § 20-138.1, as assimilated by 18 U.S.C. § 13, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 6, 2017, to 36 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    This officer met with Mr. Newsome on March 9, 2017, for his initial appointment and processing. During that time, it was reported by Mr. Newsome that he has a significant and lengthy history of alcohol abuse. Given the instant offense, and Mr. Newsome's history of alcohol abuse, it appears appropriate to modify the conditions of probation to include an alcohol abstinence condition.

    The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>U.S. Probation Officer<br>Jacksonville, NC<br>Phone: 910-346-5104<br>Executed On: March 10, 2017 |

### ORDER OF THE COURT

Considered and ordered this **14** day of **March**, 2017, and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle* (signature)
Terrence W. Boyle
U.S. District Judge